大成 DENTONS

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D    +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2024

February 22, 2024

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Yan Luis v. Just Play, LLC*, Case No. 1:23-cv-07904-MKV

Dear Judge Vyskocil:

We represent Defendant Just Play, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 22, 2024 to April 8, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:    All counsel of record (by ECF)

> This request is DENIED without prejudice. This letter suggests but does not state that the parties have reached a settlement in principle.  If the parties have reached a settlement in principle, they must file a letter clearly stating that by March 15, 2024.  If not, the parties must proceed with this litigation in accordance with the Federal Rules of Civil Procedure.  **The parties, including Plaintiff personally, are on notice that failure to comply with the Court's orders and Individual Rules and with the Federal Rules may result in sanctions, including the case-terminating sanctions of dismissal for failure to prosecute and default judgment and the less drastic sanction of monetary fines on counsel.**
>
> Date: March 13, 2024         /s/ Mary Kay Vyskocil
> New York, New York           Mary Kay Vyskocil
>                              United States District Judge

**Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ►** For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms